UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK E. SANTORA,<br><br>                    Plaintiff,<br><br>     v.<br><br>SSI ADMINISTRATION,<br><br>                    Defendant. | NO:  13-CV-0054-TOR<br><br>ORDER OF DISMISSAL |

On February 4, 2013, the Plaintiff was directed by Magistrate Judge Imbrogno to provide the Clerk of Court with a proper form of a complaint within 30 days (ECF No. 3).  Plaintiff was advised that only then would the Court consider Plaintiff's application to proceed *in forma pauperis*.  Plaintiff has not filed a complaint nor has he otherwise responded to the Magistrate's order.  Magistrate Imbrogno then filed a Report and Recommendation (ECF No. 4) on March 25, 2013, recommending that the file in this matter be closed.  Magistrate Imbrogno advised Plaintiff that he had 14 days within which to file any objections.  There

ORDER OF DISMISSAL ~ 1

being no objections and no properly filed complaint to date, the Court hereby dismisses this case.

The District Court Executive is hereby directed to enter this Order of Dismissal, furnish a copy to Plaintiff at his last known address, and **CLOSE** the file.

**DATED** May 7, 2013.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2